UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA MAGDALENA GOMERA OLIVARES,

Petitioner,

v.

JULIO HERNANDEZ ET AL.,

Respondents.

CASE NO. 2:26-cv-02102-JHC

ORDER

This matter comes before the Court on Petitioner's Motion for Attorney Fees (Dkt. # 11) and Federal Respondents' Response (Dkt. # 12), including Federal Respondents' request in the alternative to stay the enforcement of any fee award pending the Supreme Court's decision in *Montoya Palacios v. Baker*, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v. Bacon*, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, 2026 WL 1855057 (U.S. June 29, 2026). Having reviewed the parties' filings, the Court finds that judicial economy favors staying consideration of the motion itself (not just the enforcement of any potential award) pending the Supreme Court's resolution of *Montoya Palacios*.

Accordingly, the Court STAYS consideration of the motion at Dkt. # 11, pending the Supreme Court's resolution of *Montoya Palacios*, and DIRECTS the Clerk to terminate the

motion for attorney fees at Dkt. # 11. If and when appropriate, Petitioner may ask the Court to re-note the motion.

Dated this 1st day of October, 2026.

John H. Chun
United States District Judge